**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                                    Chapter 13

                                    Bankruptcy No. 13-15314-AMC

PAUL J. REESE

11912 COVERT ROAD

PHILADELPHIA, PA 19154

      Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    PAUL J. REESE

    11912 COVERT ROAD

    PHILADELPHIA, PA 19154

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

                                                          /S/ William C. Miller

Date: 7/31/2018                                      _____

                                                           William C. Miller, Esquire
                                                           Chapter 13 Standing Trustee