United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 13-15314-amc
Paul J. Reese                                                                 Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 2              Date Rcvd: Nov 15, 2018
                              Form ID: 138NEW         Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2018.
```
db             +Paul J. Reese,    11912 Covert Road,    Philadelphia, PA 19154-3402
13079494       +Aria Health,    c/o Stevens Business Service,    92 Bolt Street, Ste 1,    PO Box 1233,
                 Lowell, MA 01853-1233
13145164       +Bank of America, N.A.,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13305010       +Bank of America, NA,    Mail Stop CA6-919-01-23,    400 National Way,
                 Simi Valley, CA 93065-6414
13079495       +Bk Of Amer,    Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,
                 Simi Valley, CA 93062-5170
13186366       +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk VA 23541-0907
13079507      ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
               (address filed with court: Sunoco/citi,     Attention: Bankruptcy,    7920 NW 110th St.,
                 Kansas City, MO 64153)
13079497      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Usa,     Citicorp Credit Services/Attn:Centralize,
                 PO Box 20507,    Kansas City, MO 64195)
13523399       +Carrington Mortgage Services, LLC,    1610 E St. Andrew Place #B150,    Santa Ana, CA 92705-4931
13079498      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,     Dell Financial Services Attn: Bankrupcty,
                 PO Box 81577,    Austin, TX 78708)
13079503       +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13104384       +PHILADELPHIA GAS WORKS,    800 W MONTGOMERY AVE,3F,    PHILADELPHIA, PA 19122-2898,
                 ATTN:BANKRUPTCY UNIT
13079505        Quest Diagnostics,    PO Box 55123,    Boston, MA 02205-5126
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Nov 16 2018 03:25:18      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2018 03:24:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2018 03:24:59      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2018 03:30:21
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13116721        E-mail/Text: ally@ebn.phinsolutions.com Nov 16 2018 03:23:45      Ally Financial,
                 PO Box 130424,    Roseville, MN 55113-0004
13079493       +E-mail/Text: ally@ebn.phinsolutions.com Nov 16 2018 03:23:45      Ally Financial,
                 10909 McCormick Rd,    Hunt Valley, MD 21031-1401
13125161        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 16 2018 03:31:50
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13079496       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 16 2018 03:30:15      Cap1/bstby,
                 Po Box 5253,    Carol Stream, IL 60197-5253
13079500       +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 03:31:29      GECRB/ PayPal Buyer credit,
                 Attn: Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
13079501       +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 03:30:45      GECRB/JC Penny,
                 Attention: Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
13079502       +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 03:30:13      GECRB/Mens Wearhouse,
                 Attn: bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
13344183        E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 16 2018 03:24:48      JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,    ST CLOUD MN 56302
13079504       +E-mail/Text: bnc@nordstrom.com Nov 16 2018 03:23:50      Nordstrom FSB,
                 Attention: Account Services,    PO Box 6566,    Englewood, CO 80155-6566
13092821       +E-mail/Text: bnc@nordstrom.com Nov 16 2018 03:23:51      Nordstrom fsb,    P.O. Box 6566,
                 Englewood, CO 80155-6566
13173171        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2018 03:42:52
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
13079506       +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 03:30:45      Sams Club / GEMB,
                 Attention: Bankruptcy Department,    PO box 103104,    Roswell, GA 30076-9104
13079508        E-mail/Text: bankruptcy@td.com Nov 16 2018 03:24:36      Td Bank N.a.,    32 Chestnut St,
                 Lewiston, ME 04240
13079509        E-mail/Text: bankruptcy@td.com Nov 16 2018 03:24:36      Td Banknorth,
                 TD Bank NA-Attn: Bankruptcy Department,    PO Box 1377,    Lewiston, ME 04243
13079510       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 16 2018 03:23:39
                 Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 19
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                  Date Rcvd: Nov 15, 2018
                              Form ID: 138NEW             Total Noticed: 32
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court:  Jefferson Capital Systems LLC,    PO BOX 7999,
                 ST CLOUD, MN  56302-9617)
13175485*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court:  Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
13328198*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541)
13079499       ##EOS CCA,    PO Box 296,    Norwell, MA 02061-0296
                                                                                      TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA NATIONAL ASSOCIATION
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOHN L. MCCLAIN    on behalf of Debtor Paul J. Reese aaamcclain@aol.com,   edpabankcourt@aol.com
              KEVIN S. FRANKEL    on behalf of Creditor    Carrington Mortgage Services, LLC pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    Carrington Mortgage Services, LLC pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Carrington Mortgage Services, LLC pabk@logs.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER2    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Paul J. Reese
       Debtor(s)                                         Bankruptcy No: 13−15314−amc
                                                               Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                            Suite 400
                       Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                 For The Court
                                                      Timothy B. McGrath
                                                         Clerk of Court

Dated: 11/15/18

                                                                               69 − 68
                                                                     Form 138_new